CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK
  JASON BOATRIGHT



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

February 9, 2018

Honorable Teresa Hawthorne
Presiding Judge
203rd Judicial District Court
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-28
Dallas, TX 75207

RE:    Court of Appeals Number:    05-18-00013-CR
       Trial Court Case Number:    F14-70834-P
       Style: Kevin Dwayne Jefferson v. The State of Texas

Dear Judge Hawthorne:

      After reviewing the clerk's record, the Court notes that it does not contain the trial court's certification of appellant's right to appeal the December 18, 2017 judgment. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013). Therefore, please file, within **TEN DAYS** of the date of the letter, a completed certification that accurately reflects the trial court proceedings. We appreciate your attention to this matter.

                      Respectfully,

                      /s/ Lisa Matz, Clerk of the Court

LM/cg

cc:    Christina O'Neil
       Sr. Staff  Attorney Criminal District Courts
       133 N. Riverfront Blvd. LB 7
       Dallas, TX 75207